FILED

September 6 2013

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 13-0590

---

STATE OF MONTANA,

      Petitioner,

    v.

DISTRICT COURT OF THE THIRTEENTH
JUDICIAL COURT OF MONTANA,
YELLOWSTONE COUNTY, THE
HONORABLE
G. TODD BAUGH, PRESIDING JUDGE,

      Respondent.

                           O R D E R

---

      The State of Montana has filed an Emergency Petition for Writ of Prohibition requesting that this Court arrest the hearing scheduled today, September 6, 2013, at 1:30 p.m., before Respondent District Court in the matter of *State of Montana v. Stacey Dean Rambold*, Cause No. DC-08-628.

      Following the District Court's oral pronouncement of sentence in this matter, in open court on August 26, 2013, the State submitted to the District Court, in regular course, a proposed written judgment conforming to the oral pronouncement of sentence. The District Court has not signed the judgment, but instead issued a Notice and Order on September 3, 2013, scheduling today's hearing. The purpose of the hearing, as stated in the Notice and Order, is to consider "amend[ing] the mandatory minimum portion of the sentence" that was orally imposed. The District Court also stated in its Notice and Order that a greater statutory minimum sentence appeared to be applicable. Despite the lack of written judgment, the State filed a notice of appeal from the oral sentence.

In its petition, the State argues that the post-sentencing proceeding initiated by the District Court to amend the sentence is clearly unlawful and in excess of that court's jurisdiction, and that a writ of prohibition is warranted, citing § 46-18-116(3), MCA, and *State v. Peterson*, 2011 MT 22, 359 Mont. 200, 247 P.3d 731. The State argues its appeal should proceed. The petition states that Stacey Rambold has no objection to the State's request that today's proceeding be arrested. Both the State and Rambold have filed pleadings with the District Court requesting the District Court to vacate today's hearing.

We conclude that the stated intent of the District Court to alter the initially imposed oral sentence in today's scheduled hearing is unlawful and that the proceeding should be arrested pursuant to § 27-27-101, MCA. We take no position on the legality of the imposed sentence, and will address the parties' arguments in that regard on appeal. Therefore,

IT IS HEREBY ORDERED that the petition for writ of prohibition is GRANTED in part. The hearing scheduled for today in *State of Montana v. Stacey Dean Rambold*, Cause No. DC-08-628, before Respondent District Court, is hereby VACATED.

IT IS FURTHER ORDERED that the District Court will enter a written judgment in *State of Montana v. Stacey Dean Rambold*, Cause No. DC-08-628, which conforms to the sentence orally imposed by the District Court on August 26, 2013.

The Clerk is directed to provide immediate notice hereof to counsel of record and Respondent District Court, Hon. G. Todd Baugh, presiding.

DATED this ___6th___ day of September, 2013.

2



_____

/s/

_____

/s/ Patricia Cotter

_____

/s/
Justices

Chief Justice Mike McGrath and Justice Brian Morris would deny the petition.

3